No. 81–79. MISSOURI ET AL. *v.* UNITED STATES BANK-RUPTCY COURT FOR THE EASTERN DISTRICT OF ARKANSAS ET AL. C. A. 8th Cir. Motion of Philip Goldstein et al. to defer consideration of the petition denied. Certiorari denied.

No. 81–273. HOMETTE CORP. *v.* HARVEY, U. S. DIS-TRICT JUDGE. C. A. 6th Cir. Motion of respondent Laura Marie Briggs for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–442. NEW YORK *v.* UTTER. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–484. COLORADO *v.* LEE. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–794. PERINI, SUPERINTENDENT, MARION COR-RECTIONAL INSTITUTION *v.* LINTON. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–797. TURMAN ET AL. *v.* MORALES ET AL. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.